# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3013

State of Missouri, et al.

Appellants

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellees

------------------------------

Committee for a Constructive Tomorrow

Amicus on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00287-AGF)

---

**MANDATE**

In accordance with the opinion and judgment of October 21, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 03, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit